**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **LOGARO LLC,** | |
| **Plaintiff,** | CIVIL ACTION NO. 1:26-cv-03568-AT |
| v. | |
| **ANKOMINA, et al,** | |
| **Defendants.** | |

## <u>ORDER</u>

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 6th day of July, 2026.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**